IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTORIA HOPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-257-GPM |
| | ) |
| TACO BELL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

On December 19, 2005, this Court ordered Plaintiff Victoria Hopson to show cause in writing, on or before **January 3, 2006**, why her claims against Defendant Taco Bell Corporation shall not be **DISMISSED** with prejudice to refiling (*see* Doc. 31). The Clerk of Court mailed a copy of the Order to Victoria Hopson at her last known address, 450 N. Sixth Street, Apt. 33E, East St. Louis, Illinois 62201. Nothing has been filed.

The Court finds that Plaintiff has failed to prosecute her action and has repeatedly failed to comply with the rules and orders of the Court. For these reasons, dismissal is appropriate pursuant to Federal Rules of Civil Procedure 37 and 41(b).

The Court notes that this action was previously consolidated with the case of Atiya McCray, Cause No. 05-258-GPM. The consolidation order is hereby **VACATED**. Defendant's motion to dismiss (Doc. 29) is **GRANTED**, and this action is **DISMISSED with prejudice**. Defendant is awarded its costs and attorneys' fees. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED:  01/17/06

                                                    s/ G. Patrick Murphy
                                                    G. PATRICK MURPHY
                                                    Chief United States District Judge