### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTORIA HOPSON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-257-GPM |
| **TACO BELL CORPORATION,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated January 17, 2006, Plaintiff Victoria Hopson shall take nothing, and all claims against Defendant Taco Bell Corporation are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is awarded its costs and attorneys' fees.

**DATED**: 01/17/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE